UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. INMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. TUCKER,<br><br>　　　　　Defendant. | Case No. 20-cv-04019-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at Correctional Training Facility North, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  On December 27, 2021, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision of 28 U.S.C. § 1915(g), and ordered Plaintiff to pay the $402 filing and administrative fees in full by January 24, 2022 or face dismissal of this action.  ECF No. 41.  The deadline to pay the filing and administrative fees in full has passed, and Plaintiff has not paid the necessary fees.  Accordingly, this action is DISMISSED without prejudice to re-filing upon payment of the full filing and administrative fees.

**IT IS SO ORDERED.**

Dated:  January 28, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge